**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

NETCHOICE,

*Plaintiff*,

v.

PHILIP J. WEISER, in his official capacity as
Attorney General of Colorado,

*Defendant*.

Civil Action No. _____

**DECLARATION OF JOSH BLUMENFELD IN SUPPORT OF
<u>PLAINTIFF NETCHOICE'S MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Josh Blumenfeld, declare as follows:

1.      I am a Senior Manager of Government Affairs and Public Policy for the Americas at YouTube. As part of my role, I am part of a team that monitors and assesses the U.S. legislative and regulatory landscape, including policy proposals and legislation, such as Colorado House Bill 24-1136 (2024) ("Act"), that regulate YouTube's ability to provide services and content to users in Colorado—and perhaps worldwide. My team also leads external advocacy and engagement for YouTube's policies and practices with government officials and policy stakeholders; advises the company on public policy issues relating to online, user-generated content; and represents the company in public policy forums, across a broad region.

2.      I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. I am over the age of 18 and am competent to make the statements herein. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would competently testify to them.

3.      YouTube is an online service that allows users to create, upload, and post videos publicly available to others around the world. YouTube strives to be a community that fosters self-expression on an array of topics as diverse as its user base, and to nurture a thriving creative and informational ecosystem. As a result, YouTube, as the world's largest video library, has a wealth of highly valuable and enriching user-generated content, providing users with a wide array of news, educational content, and entertainment. YouTube is owned and operated by Google LLC ("Google").

4.      YouTube and Google are members of NetChoice.

5.      People in Colorado use YouTube's services.

1

I.    **About YouTube**

6.    YouTube is the world's largest online video library with millions of user-created "channels" from content creators large and small, governmental, corporate and individual, professional and amateur. On YouTube, users can find a vast array of video content about nearly any topic, including educational videos, how-to videos, authoritative health information, self-improvement videos, network broadcasts, math lectures, historical sporting events, and music videos, to name just a few.

7.    Millions of households also use YouTube as modern-day television (akin to video-streaming platforms like Netflix, Hulu, and Disney+).

8.    YouTube is also a leading music-streaming service (akin to Spotify or Pandora), used by millions of people to discover and listen to music.

9.    As of 2025, YouTube is the most frequently used service for listening to podcasts in the United States.

10.    YouTube provides users—and the public—with a wealth of information about YouTube. As just some examples, YouTube provides crisis resource panels and warnings when users are viewing certain categories of content available on the service. Further, as explained throughout this declaration, YouTube has publicly available Terms of Service, Community Guidelines, quarterly transparency reports about Community Guidelines enforcement, help pages, and blog posts about YouTube and its many speech-enabling functions. It also engages in public outreach and media campaigns to inform people about the service. Finally, YouTube partners with third-party organizations and academics to both inform public outreach and to provide users with information about the service.

## II.    YouTube's Principled Approach to Minors and Responsibility

11.    On YouTube, "[c]hildren and teenagers today can access a world of possibilities": "Whether it's exploring important topics around the world or looking up a video to help with algebra homework, they've never known a reality without this world at their fingertips." Neal Mohan, *YouTube's Principled Approach for Children and Teenagers*, YouTube Official Blog (Oct. 16, 2023), https://perma.cc/B83N-G86F. We believe that "[f]amilies everywhere deserve the same safe, high-quality experience online, no matter where they live. And all children and teenagers ought to have the same access to the opportunities the internet provides." *Id.*

12.    YouTube has spent considerable time developing, and continues to develop and foster, age-appropriate services, features, and policies, making age-appropriate user-generated content accessible for its users. Five principles guide YouTube's approach to minors:

- "The privacy, physical safety, mental health, and wellbeing of children and teenagers require special protections online";
- "Parents and caregivers play an important role in setting the rules for their family's online experiences, particularly for the youngest children";
- "All children and teenagers deserve free access to high-quality and age appropriate content that meets their individual interests and needs";
- "The developmental needs of children differ greatly from those of teenagers and should be reflected in their online experiences"; and
- "With appropriate safeguards, innovative technologies can benefit children and teenagers."

*Id.*

13.    These Youth Principles are just one part of the work we do to foster a vibrant, safer, and open community for users. To successfully support this community, YouTube must constantly balance disseminating a wide range of user-generated content against addressing objectionable and harmful speech. On the one hand, the Internet is a force for creativity, learning, and access to information. The world is a better place when we listen, share, and build community through our stories. We strive to empower users to access, create, and share information. We believe that a free

3

flow of ideas fosters opportunity, community, and learning, and enables diverse and authentic voices to break through.

14.     As a result, YouTube is full of valuable and enriching content for minors. They can encounter educational content, spanning lectures on history from leading universities across the world to step-by-step instructions on how to solve calculus problems. They can watch performances of centuries' old musical compositions and clips of the latest Broadway plays. Indeed, YouTube's open approach ensures that people across the world can interact across language, geography, and culture—breaking down the barriers to information.

15.     On the other hand, an open Internet poses challenges. Bad actors exploit the Internet, including YouTube, for their own personal gain or for purposes of causing harm, even as we design and implement policies and systems to stop and deter them. Objectionable and harmful content on our service also makes YouTube less open by creating a space where creators and users may not feel safe to share, learn, and experience. We believe that, in order to have and protect openness, a service should attempt to strike the right balance between fostering freedom of expression and decreasing the likelihood that users will encounter harmful user-generated content on our service.

16.     Consequently, working to keep harmful and illegal content off our services is core to the work of many different teams across Google and YouTube. When it comes to the information and user-generated content on our services, we discharge that responsibility based on clear, transparent policies and processes.

**A.   YouTube's Age-Appropriate Experiences and Policies for Minors—and Guides for Families**

17.     YouTube has long invested in research, policies, and practices to offer age-appropriate ways for minors to explore, learn, and participate in the online world. Such efforts are

designed with consideration for our youngest users' wellbeing. We also provide tools and guidance that offer each family the flexibility to choose the right experience for them, enabling them to create healthy and positive digital habits at home and in school. We believe that appropriate safeguards can empower young people and help them learn, grow, and prepare for the future. Accordingly, we (1) invest in age-appropriate services and features that align with children's and teens' developmental stages and needs; (2) offer tools that give families flexibility to manage their relationships with technology; (3) implement policies, protections, and programs that aim to increase online safety for children and teens; and (4) provide resources that teach the fundamentals of digital citizenship and media literacy to allow for confident, safer online exploration.

18.    Every family's relationship with media and technology is different. Over the years, YouTube has built experiences that reflect not only this fact, but also the unique developmental differences between younger children and those in their teens.

19.    We prioritize making robust resources and guides available for children, teens, and their parents so they can better understand YouTube's services.

20.    For example, YouTube has "put together some tools and resources to help [parents] manage their [teenage children's] experience on YouTube." YouTube Help, Tips & resources for parents of teens on YouTube, https://tinyurl.com/3hy3c95f ("YouTube, Tips & resources"). These resources include information about: (1) age requirements on YouTube's services; (2) privacy and safety tools; (3) supervised experiences; and (4) wellbeing support. *See id.*

21.    And for teens, YouTube has likewise provided resources about: (1) safety tips, including "[k]now[ing] what type of content to film," (*e.g.,* the "Grandma rule" ("Is your video something that you'd want your grandparents, parents, or future employer to watch?")); (2) using YouTube's privacy features; and (3) supervised experiences. YouTube Help, Tips & resources for

5

teens, https://tinyurl.com/4fweywkk. In addition, YouTube and the American Psychological As-

sociation have published a guide to healthy screen habits for teens. Dr. Garth Graham, *A guide to*

*healthy screen habits for teens, from YouTube and the American Psychological Association*,

YouTube Official Blog (Mar. 4, 2025), https://tinyurl.com/msxfnmaa.

22.      For families, YouTube has worked with Common Sense Networks to "create[] a

Family Guide to teen content creation." YouTube, Tips & resources. As the guide explains, "teens

want trusted adults to get involved, be their allies, and support them." YouTube & Common Sense

Networks, Family Guide to Teen Content Creation at 1, https://tinyurl.com/ypu63df6. Accord-

ingly, the guide "is designed to support [parents] in doing just that—before, during, and after con-

tent creation." *Id.* The guide asks families to consider how to best balance the benefits that

YouTube provides, while mitigating potential risks that could arise on the Internet, such as by

following privacy best practices and identifying misinformation. *See id.* at 7, 15.

23.      Likewise, YouTube provides resources about which supervised services are most

age-appropriate for pre-teens and teens. YouTube Help, Understand Your Choices as a Family,

https://perma.cc/B4EX-SNXL; YouTube Help, What is a Pre-Teen Supervised Experience on

YouTube?, https://perma.cc/WT5J-G56H ("YouTube Help, Supervised Experience"); YouTube,

Exploring YouTube Confidently, https://tinyurl.com/mtvc7bny.

24.      YouTube offers "Supervised Experiences" for teens. With this experience:

> [P]arents and teens will be able to link their YouTube accounts in our new Family
> Center hub. In Family Center, parents can see shared insights into their teens' chan-
> nel activity on YouTube including the number of uploads, subscriptions and com-
> ments. Parents (and teens) will also receive proactive email notifications at key
> events, like when teens upload a video or start a livestream, providing an oppor-
> tunity to offer advice on responsible creation supported by resources created with
> Common Sense Networks, an affiliate of Common Sense Media.

James Beser, *A Collaborative Approach to Teen Supervision on YouTube*, YouTube Official Blog

(Sept. 4, 2024), https://perma.cc/22SB-9K7A.

25.     Using these features, parents can (1) receive email notifications when a teen up-
loads a video or starts a livestream, which "provid[es] an opportunity to offer advice on responsible
creation supported by resources created with Common Sense Networks, an affiliate of Common
Sense Media," *id.*; (2) gain insights into their teen's channel activity (such as "the number of up-
loads, subscriptions[,] and comments"), *id.*; and (3) link accounts between a parent and teen,
YouTube, My Family, https://perma.cc/VH6E-KQTU.

26.     In addition, users we know to be under 13 are required to have their parent's consent
to have an account. Further, the parent's account remains linked to their child's account so that
they can help manage their child's YouTube experience. When a parent sets up a child's Google
Account, the parent is given the option to either allow the child to access only YouTube Kids (a
standalone service described in detail below) or set up a "Supervised Experience" on YouTube.
YouTube offers varying content levels and features that are meant to align with kids' developmen-
tal stages and give families tools to supervise and customize their children's use of the website.
Developed in partnership with child-development experts, these services and experiences reach
more than 100 million active viewers worldwide every month:

a.      **YouTube Kids:** YouTube's standalone service "YouTube Kids" is a filtered ver-
sion of YouTube built specifically to let children under the age of 13 explore age-appro-
priate content, with additional tools for parents and caregivers to moderate the content chil-
dren see. YouTube Kids, A Safer Online Experience for Kids, https://perma.cc/9SQE-
RCBE. YouTube Kids features a carefully curated selection of "content that is age-appro-
priate, adheres to our quality principles, and is diverse enough to meet the varied interests
of kids globally." *Id.* YouTube works "with a variety of external specialists in child devel-
opment, children's media, and digital learning and citizenship" to determine what content

should be available on YouTube Kids. *Id.* As a result, kids have access to a broad range of high-quality content. *See* James Beser, *Enabling a High Quality Kids Experience & Helping Kids Creators Thrive on YouTube*, YouTube Official Blog (Dec. 16, 2022), https://perma.cc/BNW6-3DXV ("Beser, *Enabling a High Quality Kids Experience & Helping Kids Creators Thrive on YouTube*"). In addition to other tools discussed below, our built-in timer in YouTube Kids lets parents or caregivers, at their discretion, "limit screen time by telling kids when it's time to stop watching." *See* YouTube for Families Help, Limit Screen Time on YouTube Kids, https://perma.cc/A7SF-X86Z. "The timer will display a friendly alert and stop the app when the session is over" so that parents or caregivers do not have to. *Id.* Similarly, parents can control their minor children's privacy settings. YouTube for Families Help, Manage YouTube Kids Profile Settings, https://perma.cc/E6M7-RFP5. In short, YouTube Kids provides a simplified version of the service that is attuned to the needs of younger users, providing a service for viewing age-appropriate content, while removing many features that may be less useful for these age groups, such as content uploads and commenting.

b.     **Supervised Accounts:** YouTube also provides "supervised accounts" that are linked to parents' accounts for children (up to the relevant age of consent) whose parents decide their children are ready to explore some of YouTube's vast universe of user-generated content. In these parent-managed accounts, and at the parent or caregiver's discretion, "parents [can] select a content setting that limits the videos and music [their] children under 13 can find and play." YouTube Help, Supervised Experience. For example, parents can, among other things, (1) "block specific channels"; (2) review their child's watch history as well as pause and clear their child's search and watch history, *see* YouTube Help, Parental

Controls & Settings for Supervised Experiences on YouTube, https://perma.cc/4Z93-SS6L; and (3) change their minor child's permissible "content level settings," including "Explore" (generally for viewers 9+), "Explore More" (generally for viewers 13+), and "Most of YouTube" (almost all videos on YouTube except for videos marked only for adults or otherwise not appropriate), *see* YouTube Help, Choose Content Settings for Pre-Teen Supervised Experiences, https://perma.cc/42X2-5FUW. "Supervised accounts also change the features they can use, the default account settings, and the ads they see." YouTube Help, Supervised Experience. For instance, functionalities like creating content and posting content are disabled on the Supervised Experience. *Id.* Further, when parents create a Google Account for their child with Family Link and use YouTube's Supervised Experience, parents and caregivers can set screen time limits on their Android device or Chromebook. Google Family Link, FAQ, https://perma.cc/Y5FF-VYTE. Parents and care-givers can set their child's Android device or Chromebook to lock after the child has used it for a certain amount of time or when the parents or caregivers think their child needs downtime. Google for Families Help, Manage Your Child's Screen Time, https://ti-nyurl.com/rz5psjx5. Parents set up their own accounts to serve as managing accounts. *E.g.*, YouTube for Families Help, Set Up Pre-Teen Supervised Accounts, https://perma.cc/P9DR-PQGR.

27.    YouTube also offers a suite of digital wellbeing tools that encourage children and teens to be mindful of their screen time. These include:

a.    **Autoplay:** Autoplay is an optional setting that users can turn on and off at-will using the prominent toggle that YouTube provides on the watch page of each video, as well as in user account settings. YouTube has iterated on the design of the autoplay on/off toggle

9

to make it as easy as possible for parents and users to find and use. Autoplay is used in many situations, including for listening to music playlists, for continuous television programming, for episodic content, and for playing white noise or nature sound videos to help with sleep.

b.    **Recommendations on YouTube for Teens:** We work to consistently iterate and refine our recommendation systems to reduce teens' exposure on YouTube to user-generated content that, while perhaps acceptable as a single video, could be considered differently if viewed in high quantities. Through consultation with our Youth & Families Advisory Committee and with input from academic research, we "define[d] categories of videos that are innocuous in a single view, but that could be problematic if viewed in repetition for some young viewers"; these categories "include content that" (1) "Compares physical features and idealizes some types over others"; (2) "Idealizes specific fitness levels or body weights"; (3) "Features social aggression (non-contact fights and intimidation)"; (4) features "[u]nrealistic or bad financial advice that takes advantage of teens that may have low financial literacy"; (5) "portrays delinquency or negative behaviors"; or (6) "portrays teens as cruel and malicious or encourages them to ridicule others." YouTube, Building Content Recommendations to Meet the Unique Needs of Teens and Tweens at 3, https://perma.cc/G8QR-V2KX; Dr. Garth Graham & James Beser, *Investing to Protect Teen Wellbeing on YouTube Across Europe and Globally*, YouTube Official Blog, https://perma.cc/U8CZ-BSAZ. We have implemented guardrails for teens to limit repeated recommendations of videos related to these topics.

c.    **"Take a Break" Reminders:** These reminders pause a video until a user dismisses the reminder or resumes playing the video. This feature is turned on by default for all users

we know to be under 18 across all of YouTube's services, including on Supervised Experiences. YouTube Help, Take a Break Reminder, https://perma.cc/YFK8-6Y8P.

d.     **Bedtime Reminders:** Users can set a specific time to receive a reminder to stop watching YouTube and go to bed. This reminder is turned on by default for all users we know to be under 18 across all of YouTube's services, including on Supervised Experiences. YouTube Help, Set a Bedtime Reminder, https://perma.cc/UNU9-J5B3.

**B.  Partnerships With Experts**

28.     YouTube has ongoing partnerships with independent experts in fields such as child development, emerging media, and digital wellbeing. For example, we have created a set of best practices for kids and family content, which is available for parents and kids alike. *See, e.g.*, YouTube Help, Best Practices for Kids & Family Content, https://perma.cc/DAD6-UH8E. These best practices help guide creators to create quality content that "support[s] child development and wellbeing by promoting things like . . . respect[,] healthy habits, learning and curiosity, [and] play and imagination." Beser, *Enabling a High Quality Kids Experience & Helping Kids Creators Thrive on YouTube*. They also help determine which content is recommended in the main YouTube experience. "The latest example of this work is our new partnership with The Jed Foundation (JED), a leading national nonprofit that protects emotional health and prevents suicide in teens and young adults by building resiliency and life skills, promoting social connectedness, and encouraging help-seeking and help-giving behaviors. Together with JED and the team at Room 1041, we've developed a series of engaging and evidence-based mental health videos for teens featuring top YouTube creators – including Crash Adams, Ashely Yi, Tim Chantarangsu, Lexi Hensler, Matt Peterson, Cassandra Bankson and Dylan Lemay – with the goal of equipping them with the knowledge and tools to understand their mental health, cope with challenges, and seek help when needed." Dr. Garth Graham, *Safer Internet Day: Empowering Teens and Parents with Tools to*

*Support Wellbeing*, YouTube Official Blog (Feb. 11, 2025), https://perma.cc/8FCT-N6GT. Our work with partners also helps guide which content is included in YouTube Kids. Two years ago, YouTube updated our Community Guidelines to update our approach to eating disorder-related content, including by limiting the visibility of certain content to adults. Dr. Garth Graham, *An Updated Approach to Eating Disorder-Related Content*, YouTube Official Blog (Apr. 18, 2023), https://perma.cc/HG4Q-G67V. This change was informed by independent experts such as the National Eating Disorder Association. *Id.* YouTube's Youth and Family Advisory Committee also advises YouTube on the developmental stages of teens and how content consumed online can affect their wellbeing. James Beser, *Continued Support for Teen Wellbeing and Mental Health on YouTube*, YouTube Official Blog (Nov. 2, 2023), https://perma.cc/4A4W-6NM5.

### C. YouTube's Minor-Specific Content and Safety Policies

29.    YouTube strives to provide positive online experiences for our users, especially for children and teens. Over the years, we have developed a robust set of policies and enforcement mechanisms to ensure that YouTube remains a welcoming community for our users. For minors specifically, that includes limiting their access to certain user-generated content—in addition to developing different services that better strive to reflect minors' needs.

30.    YouTube has always maintained a set of Community Guidelines that outline categories of content prohibited on YouTube. These Guidelines apply to all types of content on our services, including videos, comments, links, thumbnails, video descriptions, stories, posts, live streams, playlists, external links contained in uploaded content (including clickable URLs or verbal directions to users to visit other sites), and any other user-generated content. Our Community Guidelines are a key part of our broader suite of policies, and we regularly update them to keep pace with emerging challenges. *See* YouTube, Community Guidelines, https://perma.cc/7Y6Y-

12

W3TU ("YouTube, Community Guidelines"). Our policies for prohibited or restricted content address a variety of issues, including:

    a.    **Age-Restricted Content:** We age-restrict user-generated content that does not violate our Community Guidelines but that may be inappropriate for minors. These include categories of content such as (1) "[n]udity and sexually suggestive content"; (2) content that depicts "adults participating in dangerous activities that minors could easily imitate"; (3) "[v]iolent or graphic content"; and (4) "[v]ulgar language." YouTube Help, Age-Restricted Content, https://perma.cc/F35X-ASC8. Age-restricted videos are not viewable to users who are known to be under 18 or any signed-out user. *Id.*

    b.    **Child Safety:** YouTube has a standalone "Child Safety Policy" that prohibits "[s]exually explicit content featuring minors and content that sexually exploits minors." YouTube Help, Child Safety Policy, https://perma.cc/TG8L-XFUE. We report content on YouTube that contains child sexual abuse material ("CSAM") to the National Center for Missing and Exploited Children. *Id.* This policy also prohibits content: (1) showing a minor participating in "[h]armful or dangerous acts"; (2) that could encourage minors to participate in dangerous activities; (3) showing or advocating for any infliction of physical, emotional, or sexual abuse on a child; or (4) concerning "[c]yberbullying and harassment involving minors." *Id.* The Child Safety Policy also prohibits content that targets minors and families and contains content including, but not limited to, "sexual themes," "violence," and "[o]ther inappropriate themes intended to shock young audiences." *Id.* In addition, "content that doesn't violate our policies but depicts children or is uploaded by minors may

have some features disabled at both the channel and content level. These features may

include":

- Comments;

- Live chat;

- Live streaming;

- Video recommendations (how and when a video is recommended);

- Posts; and

- Shorts Video remixing.

*Id.*

### D.  YouTube's General Content Moderation Policies

31.    YouTube has robust and extensive content moderation policies and enforcement.

*See* YouTube, Our Policies.

32.    YouTube has billions of monthly logged-in users, and over 500 hours of content

are uploaded every minute by an extraordinarily diverse community of creators, who span more

than 100 countries and 80 languages. On a daily basis, users watch more than a billion hours of

video on YouTube and generate billions of views. *See* YouTube for Press, YouTube Official Blog,

https://perma.cc/JFJ9-8WXP.

33.    Sometimes, content moderation requires providing users with helpful information.

We have tools to help us provide high quality information on our service—such as the use of

information panels to show basic background information, sourced from independent, third-party

partners, that give more context on a topic. We connect viewers of any age to helpful resources by

surfacing full-page crisis resource panels with direct links to live support from crisis service re-

sources. YouTube Help, Crisis Resource Panels, https://perma.cc/FJM2-TMK6. The panel may

surface when a user watches videos related to certain topics such as suicide, self-harm, or eating

disorders, or when a user searches for topics related to certain health crises or emotional distress. The options provided include contacting third-party crisis-resource-hotline partners for support or searching for various self-help tools. We further prioritize the recommendations of high quality content to users through recommendations. These tools provide additional information and options compared to simply removing (or not removing) user-generated content from our website.

34.     That said, YouTube also has developed robust means of addressing and removing user-generated content that violates our policies. YouTube relies on a mix of human and automated effort (which is designed to enforce YouTube's Community Guidelines) to detect violative content and remove it. While no system of reviewing such a high volume of content is foolproof, YouTube expends great effort and resources in removing user-generated content that violates our Community Guidelines before most users see it. And YouTube publishes quarterly reports demonstrating the effectiveness of YouTube's content moderation. *See* Google Transparency Report, YouTube Community Guidelines Enforcement, https://tinyurl.com/eb7c2cfu.

## III.    YouTube's Potential Compliance Obligations Under the Act

35.     Although YouTube operates in a fundamentally different way from traditional social media—including that YouTube acts primarily as a video streaming service for users and is not primarily used by users to interact socially with each other—I understand that Google and YouTube may be subject to the Act, as one or both may meet the definition of a "social media platform." Colo. Rev. Stat. §§ 6-1-1601(1), (4)(a).

36.     YouTube may qualify as "an internet-based service, website, or application that":

(I) Has more than one hundred thousand active users in Colorado;
(II) Permits a person to become a registered user, establish an account, or create a public or semi-public profile for the purpose of allowing users to create, share, and view user-generated content through the account or profile;
(III) Enables one or more users to create or post content that can be viewed by other users of the medium; and

(IV) Includes a substantial function to allow users to interact socially with each other within the service or application. . . .

*Id.* The Act does not define what it means to "[i]nclude[] a substantial function to allow users to interact socially," *id*. § 6-1-1601(4)(a), and it is not clear that YouTube meets this standard. However, absent express assurance from the State or further clarity regarding the State's interpretation of "substantial function," YouTube is likely to face serious risk of enforcement if it does not comply.

37.     YouTube also does not appear to qualify for any of the Act's coverage exceptions. *See id.* § 6-6-1601(4)(b).

38.     I understand that, "[o]n or after January 1, 2026, a social media platform must establish a function that either":

(a) Meets the criteria in subsection (2) of this section and be informed by the standards established in subsection (5) of this section; or
(b) Displays a pop-up or full screen notification to a user who attests to being under the age of eighteen when the user:
    (I) Has spent one cumulative hour on the social media platform during a twenty-four-hour period; or
    (II) Is on a social media platform between the hours of 10 p.m. and 6 a.m.
(2) The function established pursuant to subsection (1) of this section must provide users who are under the age of eighteen with information about their engagement in social media that helps the user understand the impact of social media on the developing brain and the mental and physical health of youth users. The information must be supported by data from peer-reviewed scholarly articles or the sources included in the mental health and technology resource bank established in section 22-2-127.8(1).
(3) If the social media platform establishes the function described in subsection (1)(b) of this section, the function must repeat at least every thirty minutes after the initial notification.
. . .
(5) The chief information officer in the office of information technology, in consultation with the director of the center for health and environmental data division of the Colorado department of public health and environment and the temporary stakeholder group established in section 22-2-127.8, shall establish standards for a user tool or function that meets the requirements of subsection (1) of this section for a social media platform. The standards must:
    (a) Recommend intervals for notification frequency that are similar to those in subsection (3) of this section;

16

(b) Provide sample messaging for the content of the notification;
(c) Be informed by data and research on the efficacy of notifications; and
(d) Recommend the age range of users who would most benefit from noti-
fications.

*Id.* § 6-1-1601(1)-(3), (5).

39.    In practice, I understand that if YouTube is subject to the Act, YouTube would be

required to display one of two different kinds of messages to users that have identified themselves

as minors.

40.    First, YouTube could "provide users who are under the age of eighteen with infor-

mation about their engagement in social media that helps the user understand the impact of social

media on the developing brain and the mental and physical health of youth users. The information

must be supported by data from peer-reviewed scholarly articles or the sources included in the

mental health and technology resource bank established" by Colorado. *Id.* § 6-1-1601(1)(a), (2).

In addition, YouTube would need to comply with "standards" imposed by the State, which will

"(a) Recommend intervals for notification frequency that are similar to those in subsection (3) of

this section; [and] (b) Provide sample messaging for the content of the notification." *Id.* § 6-1-

1601(5).

a.    As I understand this requirement, it would compel YouTube to opine on "the impact

of social media" on minors, using a set of resources defined and constrained by the State—

and YouTube may need to display this warning at regular intervals and the content of the

message may be partially dictated by the State.

b.    As explained above, YouTube provides parents and their minor children with mul-

tiple resources to choose whether and how to use any one of YouTube's various services

and experiences. Those resources are developed in consultation with experts and they re-

flect YouTube's considered view of its own services. YouTube already provides the

17

information that it thinks is most relevant and useful to the greatest number of families. And those resources are not static; YouTube continues to develop new resources, with more information as it considers appropriate.

c.      That said, YouTube may not provide information limited by the State's criteria and thus all the information required by the Act. The State's criteria are limited and the Act does not clearly set forth the exact information required. Even if YouTube's resources are based on sources that the State deems acceptable, there is no guarantee that the *content* of YouTube's resources will meet the State's standards.

d.      Accordingly, the Act would require YouTube to author new resources, constrained by the State's limitations on sources and complying with the State's recommended content. This will require YouTube to expend resources to develop new systems to comply with the Act.

e.      Much of the publicly available and peer-reviewed scholarship about what is deemed "social media" use does not address YouTube. Nor is scholarship about other services relevant to users' experiences on YouTube—which offers its users a unique online community. In other words, even if there were scholarly consensus about "social media" (and there is not), there is certainly no consensus specifically focused on *YouTube*.

41.      Second, and alternatively, YouTube could "[d]isplay[] a pop-up or full screen notification to a user who attest to being under the age of eighteen when the user: (I) Has spent one cumulative hour on the social media platform during a twenty-four-hour period; or (II) Is on a

social media platform between the hours of ten p.m. and six a.m." § 6-1-1601(1)(b). This warning "must repeat at least every thirty minutes after the initial notification." § 6-1-1601(3).

a.      As an initial matter, it is not clear what the content of this notification must be. It is possible that YouTube could be required to provide "information about [users'] engagement in social media that helps [them] understand the impact of social media on the developing brain, and the mental and physical health of users" like the first option. § 6-1-1601(2). That is because the Act provides that: "The function established pursuant to subsection (1) of this section"—which both includes the timing-based warning and the information-based warning—"must provide users [under 18] with information about their engagement." § 6-1-1601(2). Or, this option may only require YouTube to display information about how long the user has been using the service.

b.      YouTube already provides teen users with a reminder to stop watching YouTube and/or go to bed at a particular time. These are turned on by default for all users we know to be under 18. The bedtime reminder is set for 10pm for all users we know to be under 18 across all of YouTube's services. YouTube, Exploration Starts Here, https://perma.cc/2CXC-G45R; *see* YouTube Help, Set a Bedtime Reminder, https://perma.cc/UNU9-J5B3. "Take-a-break notifications are set to every 60 minutes," by default for the same group of users. YouTube, Exploration Starts Here, https://perma.cc/2CXC-G45R.

c.      Under either interpretation of § 6-1-1601(1)(b), the Act would require YouTube to provide notifications that YouTube may not already provide—at least not in the content and form mandated by the State. Accordingly, absent express assurance by the State that YouTube is not covered or further clarity regarding the State's view on what qualifies as

compliance with these provisions, YouTube will likely need to expend resources to develop new systems to comply with the Act.

42.     In sum, if the Act takes effect and is enforceable on January 1, 2026, and if YouTube is subject to the Act, Google and YouTube would suffer irreparable harm in the form of unrecoverable compliance costs, diminished ability to provide valuable user-generated content, and ongoing regulatory uncertainty about whether its services comply with the Act's broad prohibitions. Moreover, YouTube's users may experience a degraded service that frustrates their ability to engage with the wealth of speech available on YouTube.

*     *     *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on August 8, 2025, in WASHINGTON, D.C.


Josh Blumenfeld
_____
JOSH BLUMENFELD

**Signature:** *Joshua Blumenfeld*

**Email:** jblumenfeld@gmail.com