# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLORADO

| | |
|---|---|
| NETCHOICE,<br><br>*Plaintiff*,<br><br>v.<br><br>PHILIP J. WEISER, in his official capacity as Attorney General of Colorado,<br><br>*Defendant*. | Civil Action No. _____ |

### DECLARATION OF EVAN GEARY IN SUPPORT OF
### PLAINTIFF NETCHOICE'S MOTION FOR PRELIMINARY INJUNCTION

I, Evan Geary, declare as follows:

1. I am over 18 years of age and am competent to make this Declaration. I possess personal, firsthand knowledge of the assertions made herein.

2. I am currently employed as Head of Platform Policy at Snap Inc. ("Snap"). I have held this role since 2025. Prior to this, I was Senior Manager, Platform Policy from 2022-2024, and Acting Head of Platform Policy from 2024-2025. I make this declaration based on personal knowledge, including information and belief obtained from performing my job duties in the ordinary course of business.

3. Snap's flagship application is Snapchat, a camera and communications service that allows users to communicate with friends and family using text, audio and video calls, photos, and short videos. Snapchat is typically used for direct, private communications between small groups of people who already know each other in real life. By default, friendship on Snapchat must be "bidirectional," meaning that two users cannot communicate with one another unless both parties have requested and/or agreed to accept the other as a friend or both users have each other in their contact books.

4. Snapchat opens to the user's camera and allows the user to send texts (called "chats") and images and videos (called "Snaps") that delete by default once they've been viewed or have expired. This default ephemerality feature is designed to mirror real-life interactions. It affords users a digital way to show a more authentic, unpolished, and spontaneous side of themselves. Since October 2013, users have been able to compile photos and videos into "Stories" generally available for 24 hours which, by default, are viewable only by a user's friends. Through Snapchat's "Discover" feature, users also have access to vetted content from trusted partners (e.g., NBC News). In

November, 2020, Snap introduced "Spotlight," a feature that allows users to make videos that anyone can view and, after moderation, can be distributed more broadly. Over 450 million people globally use Snapchat every day to communicate with friends and stay in touch.

5. Individuals under age 13 are not allowed to create an account. If Snap learns that a registered user is under 13, it takes action to terminate the account.

6. Snap takes numerous precautions to protect minors (age 13-17) who use the service. For example, minors can only view direct messages from users with whom they are already friends on the platform or already have in their phone's contacts. Even so, whenever a teen is embarking on a 1:1 chat conversation with a friend with whom they do not share multiple mutual friends, the teen will receive an in-app warning that this person is outside the teen's network and to remind the teen to only chat with people they know and trust and giving them the option to block the user before chatting. Snap also empowers users to report harmful images or videos, and it employs technology to identify known illegal images and videos of child sexual abuse materials, which it then reports to the relevant authority. Snap also takes steps to safeguard the mental health of its users. For instance, in 2020, Snap launched Here For You which surfaces resources from expert organizations to Snapchat users when they search for a range of mental-health related topics.

7. In addition, Snap launched Family Center to empower parents with tools and resources to help inform what they believe are the right choices for their teen – based on their teen's age, maturity level and their family values. Through Snapchat's Family Center, a parent or guardian can link their Snapchat account to their teen's account to see

which friends the teen has been recently communicating with on Snapchat, view their list of friends, restrict sensitive content from appearing on Spotlight, request their teen's live location, and report suspicious accounts. Family Center is designed to mirror the oversight that parents have over their teens' actions in real life. For instance, parents typically know who their teen spends time with in-person, but they generally do not hear all the in-person conversations that their teens have with their friends.

8. Snap provides parents and other users with other information about Snapchat and the various safety and privacy protections available. For example, in Snap's Privacy and Safety by Design Hub, Snap has compiled a list of resources about its policies and protections (https://values.snap.com/). In addition, twice a year Snap publishes a transparency report as part of Snap's effort to provide safety and transparency information to the public (https://values.snap.com/privacy/transparency). In this report, Snap shares global data about reports by users and proactive detection by Snap; enforcements by Snap's Safety teams across specific categories of Community Guidelines violations; how Snap responded to requests from law enforcement and governments; and how Snap responded to notices of copyright and trademark infringement. Snap also provides country-specific insights in a series of linked pages.

9. In addition, Snap provides information to parents (https://parents.snapchat.com/tools-and-resources) and educators (https://educators.snapchat.com/snapchat-educator-tools-and-resources?lang=en-US) about teen usage of Snapchat. For example, Snapchat is a signatory of the Inspired Internet Pledge. *See* Boston Children's Digital Wellness Lab, The Inspired Internet Pledge, https://inspiredinternet.org.

10. I am familiar with Section 4 of Colorado House Bill 24-1136 (the "Act"). The Act implicates fundamental aspects of Snap's current services and would require Snap to provide additional information that it does not currently provide or require modifications to Snap code that would fundamentally alter the nature of those services. These modifications would include implementing various notifications and alerts to certain Snap users that Snap does not currently provide. It would also require Snap to directly or indirectly pick a side in the highly contentious and unsettled scientific debate about the "impact of social media on the developing brain and the mental and physical health of young users." These changes will unreasonably impede or interfere with users' access to Snap's services and their ability to communicate with friends and family, and make Snap's services less user friendly. These changes are also costly from a monetary perspective and will require a significant amount of budget, resources and staff investment.

*   *   *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this __8th__ day of August, 2025 in Washington, D.C..

DocuSigned by:

3EA201A5C7634B3...

Evan Geary