Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

## IN THE UNITED STATES DISTRICT COURT FOR THE
## FOR THE DISTRICT OF COLORADO

NETCHOICE,

        *Plaintiff,*

    v.

PHILIP J. WEISER, in his official capacity
as Attorney General of Colorado,

        *Defendant.*

Civil Action No. _____

## <u>DECLARATION OF ELIZABETH MURPHY IN SUPPORT OF NETCHOICE'S MOTION FOR PRELIMINARY INJUNCTION</u>

I, Elizabeth Murphy, declare as follows based on personal knowledge:

1.      I am the Head of Youth Policy, Safety Policy Team, at Meta Platforms, Inc. ("Meta").  I have been employed in that position since April 2025.  I have been employed at Meta for over 12 years and have served in Trust and Safety roles for nine of those years.  I am over the age of 18 years and maintain an office at 300 W 6th Street, Suite 2100, in Austin, TX, 78701.  I make this Declaration in support of Plaintiff's Motion for a Preliminary Injunction in the above-captioned matter.  I have personal knowledge of the matters set forth in this Declaration as well as knowledge based on a review of company records kept in the ordinary course of business, and if called as a witness, I could and would testify under oath as follows.

2.      I have dedicated the last nine years of my life to protecting the safety and well-being of young people using Meta's services.  At Meta, I lead a team of experts responsible for promoting youth safety, health, and well-being.  My work covers youth safety across all of Meta's platforms and surfaces, including Facebook, Instagram, and Threads.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

3.    In my role at Meta, I am familiar with Meta's content policies and practices, including Meta's Community Standards, Meta's Terms of Service (which apply to Facebook), Instagram's Terms of Use, the Threads Terms of Use, and Meta's Advertising Standards.

### Background

4.    Meta (f/k/a Facebook, Inc.) was founded in 2004.  Meta's services enable nearly four billion people around the world to share ideas, offer support, and discuss important topics, including politics, public health, and social issues.  Users of Meta's services share over a billion stories and reels combined and over 100 billion messages, every day.[1]

5.    Meta's mission is to build the future of human connection and the technology that makes it possible.[2]

6.    On Facebook, individuals can sign up for an account and establish mutual connections with family and friends, sharing stories, photos, videos, captions, status updates, and links (among other types of content).  People can also follow pages managed by businesses, organizations, government agencies, and public figures (such as politicians or celebrities) that share content, as well as join groups or attend events that relate to topics of interest to them.

7.    On Instagram, individuals can likewise sign up for an account and establish mutual connections with family and friends, sharing stories, photos, videos, captions, messages, and links (among other types of content).  People can also follow and send messages to Instagram accounts managed by businesses, organizations, and public figures (such as politicians or celebrities) that

---

[1] *Unlock the Power of Reels Ads*, Meta, https://developers.facebook.com/blog/post/2024/11/07/unlock-the-power-of-reel-ads/; *Say Hi to Messenger: Introducing New Messaging Features to Instagram*, Meta, https://about.fb.com/news/2020/09/new-messaging-features-for-instagram/.

[2] *Company Information,* Meta, https://about.meta.com/company-info/.

share content.

8.     On Threads, individuals can view and share public conversations.  Depending on how an individual uses Threads, they can post messages or "threads," reply to others' posts, and follow profiles managed by other users, businesses, organizations, and public figures (such as politicians or celebrities) that share content.

9.     To create, post, and view content on Facebook, Instagram, and Threads, users make use of certain features on each service.  For example, Facebook users might "post" content; use the "Like Button" to react to or acknowledge another user's content, and "comment" to answer a question or express a view on another user's post.  Similarly, Instagram users might use "Reels" to create entertaining or educational videos that they can share with their friends or others on Instagram; might share "Stories" that could include photographs or videos from their everyday life that last for 24 hours; and might similarly react to or "comment" on other users' "Reels" and "Stories."  Threads users might start a new thread, reply to a post, click the "heart" icon to like a thread, "repost" a thread, and "quote" a thread.  In other words, the features on Facebook, Instagram and Threads allow users to express themselves and to connect with others.[3]

10.    Facebook displays content in Feed, a feature it launched in 2006.  Feed shows a constantly updated and personalized list of content—for example, status updates from friends or elected officials, photos and videos from family gatherings, articles from local or national news outlets, information about upcoming community events or religious services, and much more.

11.    Instagram similarly displays content in Instagram Feed, a feature it launched in 2010.  Instagram Feed shows a constantly updated and curated list of photos and videos—for example, posts from friends, family, businesses, educational institutions, elected officials,

---

[3] *Instagram Features*, Instagram, https://about.instagram.com/features.

neighborhood groups, news outlets and much more.

12.    Threads also displays content in its For You and Following feeds, features it launched in 2023.  The Following feed shows a constantly updated chronological feed of posts by people that a user follows.  The For You feed shows a constantly updated mix of posts from profiles that the user follows and recommended content from creators that the user has not yet discovered.[4]

13.    On average, there are billions of posts that could conceivably be available for display in a user's Feed at any given time.  Of course, a given user will only have time to view a few.  To help users find content about the people, interests, and ideas that they find most valuable, Meta has developed systems to curate content from the people or accounts that a user is connected with and follows ("connected content"),[5] as well as to recommend content to help users discover new content, accounts, entities, and communities they have not yet chosen to follow ("recommended content").[6]  Most feeds on Facebook, Instagram, and Threads include a curated combination of connected content, recommended content, and third-party advertisements that third-parties pay for to increase the visibility of content about those third parties' products,

---

[4] *Introducing Threads: A New Way to Share With Text*, Meta (July 5, 2023), https://about.fb.com/news/2023/07/introducing-threads-new-app-text-sharing/ [hereinafter Introducing Threads].

[5] *Our Approach to Facebook Feed Ranking*, Meta (June 11, 2025), https://transparency.meta.com/features/ranking-and-content/ [hereinafter Facebook Feed]; *Instagram Feed AI System*, Meta (Mar. 7, 2025), https://transparency.meta.com/features/explaining-ranking/ig-feed/?referrer=1 [hereinafter Instagram Feed]; *Instagram Threads Feed AI System*, Meta (Mar. 7, 2025), https://transparency.meta.com/features/explaining-ranking/ig-threads-feed [hereinafter Threads Feed].

[6] *About Recommendations on Facebook*, Facebook Help Center, https://www.facebook.com/help/1257205004624246 [hereinafter Facebook Recommendations]; *Instagram Feed Recommendations AI System*, Meta (Mar. 7, 2025), https://transparency.meta.com/features/explaining-ranking/ig-feed-recommendations/; Threads Feed, *supra*.

services, public announcements, events, fundraisers, or preferred political candidates to selected audiences.

14.     Meta employs multi-step systems to rank the connected content that users see in Feed, making it easier for users to find what's relevant to them.  For connected content, Meta first excludes content flagged by humans and by automated review for violating Meta's Community Standards.[7]  Meta then uses "signals" to make predictions about what users will find most interesting.  These signals include data about the user and data specific to the post being ranked, such as who created or interacted with the post, the post's language, the location where it was posted.[8]  Beyond signals, Meta also has a set of controls that let users determine what they want to see more or less of in Feed, such as by selecting "Interested" or "Not Interested" on the posts they see, and the ability to either prioritize or stop seeing posts from accounts, Pages, or Groups. Users also have the option to view the content in Feed sorted in reverse chronological order (alongside ads).[9]

### Teens and Adults Can Use Facebook, Instagram, and Threads for Social, Informational, Educational, Political, and Other Purposes

15.     All users—from teens to adults—can use Facebook, Instagram, and Threads for a variety of purposes, including to: make social connections; showcase creative talents; gather information about the world around them; learn and receive education; and participate in the democratic process.

16.     ***Make Social Connections.***  Users can use Facebook, Instagram, and Threads to make and foster social connections.  Facebook's features—such as Feed, Stories, Groups and

---

[7] Facebook Feed, *supra*; Instagram Feed, *supra*; Threads Feed, *supra*.

[8] Facebook Feed, *supra*; Instagram Feed, *supra*; Threads Feed, *supra*.

[9] Facebook Feed, *supra*.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

Pages—help people connect with friends, family, and communities of people who share their interests.[10]  For example, a high-school user might make a friend at school and connect with them on Facebook to stay in touch over the summer; engage with one-another's photos and videos during travels apart; and chat with mutual friends in the comments.  Similarly, the Facebook Groups feature facilitates social connections among people who have similar interests—from robotics, SAT prep, and mental health advocacy, to stargazing, sports, baking and parenting—and allows them to learn from and share with each other, and develop a network of like-minded individuals they may never have met otherwise.

17.    Instagram also provides users with opportunities to catch up with friends and explore shared interests.[11]  For instance, users can compose short posts (called Notes), which appear at the top of their followers' or close friends' inboxes.  Users have said the Notes feature provides them with a casual and spontaneous way to express themselves, start conversations, and ask followers for recommendations.  Instagram users can also share photos, videos, and messages with their friends.

18.    Threads similarly empowers users to share their thoughts, converse with others based on shared interests, and engage and grow their community.[12]  Users can start new "threads" on their profile and spark a conversation with their community or follow friends and comment on their threads.[13]  Threads users can also create posts with polls, voice, GIFs, and videos to express

---

[10] *About Facebook,* Meta, https://about.meta.com/technologies/facebook-app/.

[11] *Introducing New Ways to Connect on Instagram*, Instagram (Dec. 13, 2022), https://about.instagram.com/blog/announcements/updates-to-instagram-messenger-and-stories.

[12] *Threads*, Instagram Creators, https://creators.instagram.com/threads [hereinafter Threads].

[13] Introducing Threads, *supra*.

themselves in more ways than one.[14]

19.    ***Showcase Creative Talents.***  Facebook, Instagram, and Threads also provide outlets for creative expression.  Users can share their artwork, photography, and poetry with their connections through the Feed on Facebook, Instagram, and Threads.  Further, artists looking to grow their business can create business pages on Facebook and Instagram, allowing them to expand their reach, share their art with wider audiences, and connect with potential customers.[15]

20.    ***Gather Information About the World.***  Universities, the U.S. armed forces, elected officials, government agencies, advocacy organizations, support groups, charities, scholarship programs, religious institutions, businesses, sports teams, and more have pages or profiles on Facebook, Instagram, and Threads.  Users, including parents, can access these pages to learn more about the world around them—for example, to identify opportunities with youth organizations in their area—like the Girl Scouts of the USA and the YMCA, both of which have profiles on Facebook, Instagram, and Threads.  They can access pages to get more information about their favorite sports teams—such as to learn when the next Denver Nuggets basketball game is scheduled or to see highlights from the University of Colorado track team's latest meet.  Users, depending on their age and interests, might seek out Facebook, Instagram, or Threads pages to learn about events at their local community center; ways to get involved with their local church or place of worship; opportunities to volunteer for causes they care about; hear about available scholarships or study abroad programs; find help with algebra or physics homework; or communicate with elected officials.

21.    Facebook and Instagram also allow both individual users and nonprofits to tap into

---

[14] *Id.*; Threads, *supra*.

[15] *Meta Business Suite*, Meta, https://www.facebook.com/business/tools/meta-business-suite.

their networks and fundraise for causes they care about.  Through fundraisers on Facebook and Instagram, users have raised more than $7 billion for important causes, ranging from funding medical research to donating school supplies to children in need.[16]  And, users can post about these fundraisers on Threads.

22.     A wide range of global, national, and local news sources and public services provide up-to-date reporting through their presence on Facebook, Instagram, and Threads.  Following these news sources equips users with a greater understanding of both the world around them and their local communities.  For instance, the Federal Emergency Management Agency (FEMA) has Facebook and Instagram pages, which provide the latest information about disasters around the nation and has instructions on how affected individuals can apply for disaster aid.  On the local level, users can turn to community news organizations' pages and profiles on Facebook, Instagram, and Threads to learn about the latest developments in local politics, or their municipality's pages to keep abreast of public service disruptions, road closures, and public meetings.  For example, the West Metro Fire Department in Lakewood, Colorado has a profile on Threads that it uses to communicate with the public.

23.     ***Natural Disaster Notifications and Alerts.***  Facebook, Instagram, and Threads enable people to connect and support each other, as well as receive urgent notifications, in life's most critical moments.  For example, if Meta believes a Facebook user is located within a disaster zone, the user may receive a notification from Facebook asking if they are safe, so they can quickly reassure friends and family.[17]  Facebook users can also ask if a friend is safe, which will trigger a

---

[16] *New Way to Support Nonprofits This Giving Season*, Meta (Nov. 1, 2022), https://about.fb.com/news/2022/11/fundraise-for-nonprofits-giving-season.

[17] *Crisis Response*, Facebook, https://www.facebook.com/about/crisisresponse/.

notification to the friend so they can mark themselves safe. Facebook and Instagram can also connect users in need of resources such as food, supplies, or shelter with those able to give.

24.     ***Local Alerts.***    State and local governments, public health agencies, and first responder pages on Facebook can send immediate notifications to Facebook users in designated geographical areas to communicate urgent information about weather emergencies, active shooters, missing persons cases, road closures, public service disruptions, and more.[18]    State election authorities, some local election authorities, and county or municipal government agencies can also use Facebook to send urgent, actionable and broadly relevant notifications to voters about polling locations, voting time frames, rules about voter eligibility, and the like.[19]

25.     ***Educational Opportunities on Facebook, Instagram, and Threads.***    Facebook, Instagram, and Threads provide users with access to educational opportunities.   Through the Groups feature on Facebook, users can learn from and collaborate with others to understand the world around them.   For instance, users can learn about subjects ranging from math and phonics to astrophysics and philosophy.   On Instagram, users can view reels with tutorials containing practical advice on everyday tasks, from fixing a sprinkler head to designing PowerPoint presentations.   Aspiring college students can follow Facebook, Instagram, and Threads pages and profiles for colleges and universities around the globe to learn about the application process, scholarship programs, different courses of study, and student life.   For some people, such as students who live in regions without postsecondary institutions, or for those who will be the first in their family to attend college, this material might not be easily available to them otherwise.

---

[18] *Local Alerts Guidelines*, Meta,
https://www.facebook.com/business/help/347939405788447?id=1549080658590154.

[19] *Voting Alerts Guidelines*, Meta,
https://www.facebook.com/business/help/626587208260920?id=1549080658590154.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

26.     Student athletes can likewise use Facebook, Instagram, and Threads to showcase their talents, be recruited by coaches and athletic departments, and generate revenue from their name, image, and likeness.  Several university athletic organizations provide guides for both high school students and coaches to use social media for recruiting.

27.     ***Participate in the Democratic Process.***     Many elected officials, candidates, legislative caucuses, and staff have accounts on Facebook, Instagram, and Threads that they use to disseminate speech on political issues, as do political and issue-advocacy organizations.  Among them are a number of Colorado public figures, such as U.S. Senators Michael Bennet and John Hickenlooper, Governor Jared Polis, and Aurora Mayor Mike Coffman, for example.  In many instances, users can interact with these public figures and groups by following them, viewing the speech and content they share, and responding with speech and content of their own.  Facebook and Instagram also offer a number of resources to help users keep themselves informed about the democratic process.  For example, Facebook provides a Voting Information Center that offers users information about voting, registration, and becoming a poll worker that is provided in collaboration with state election officials and nonpartisan organizations.[20]  And on Facebook and Instagram, Meta sends users in-app notifications to connect them with details about voter registration and elections that are provided by their state and local election officials.[21]

### Users' Experiences on the Facebook, Instagram, and Threads Services

28.     Surveys have found that social media can promote connectedness, reduce social isolation, and help users find support.  A recent Gallup survey found that 42% of persons aged 15

---

[20] Naomi Gleit, *Launching the Largest Voting Information Effort in US History*, Meta (June 16, 2020), https://about.fb.com/news/2020/06/voting-information-center/.

[21] *Meta Policies and Safeguards for Elections Around the World*, Meta, https://about.meta.com/actions/preparing-for-elections-with-meta/.

or older in the United States said they needed support or help from others in the past 30 days, and nearly one-third of those persons used Meta's services to get that support.[22]  A survey by the Pew Research center found that about three-quarters of American teens agree that social media helps them connect with their friends, while some also pointed to its negative impacts, such as the 39% of teens who reported that social media makes them feel overwhelmed.[23]  Pew surveys have also found that "[m]ajorities of teens believe social media helps people their age diversify their networks," and that 69% of teens say that social media helps them "interact with people from different backgrounds."[24]  And a 2024 report from the National Academies of Sciences, Engineering, and Medicine likewise finds that social media platforms offer adolescents a means for social connection.[25]

29.    These benefits can be most profound for the most at-risk and disadvantaged adolescents.  The 2024 report from the National Academies of Sciences, Engineering, and Medicine found that social media platforms may offer "the most benefit" to adolescents with "chaotic home lives."[26]  Likewise, "[t]eens from lower-income groups . . . tend to put strong value

---

[22] Meta & Gallup, *The State of Social Connections* (2022), *available at* https://dataforgood.facebook.com/dfg/resources/state-of-social-connections-report.

[23] Michelle Faverio et al., *Teens, Social Media and Mental Health*, Pew Rsch. Ctr. (Apr. 22, 2025), https://www.pewresearch.org/internet/2025/04/22/teens-social-media-and-mental-health/.

[24] Monica Anderson & Jingjing Jiang, *Teens' Social Media Habits and Experiences*, Pew R sch. Ctr.  9 (Nov. 28, 2018), https:\\www.pewresearch.org\\internet\\2018\\11\\28\\teens-social-media-habits-and-experiences [hereinafter "Pew Research"].

[25] National Academies of Sciences, Engineering, and Medicine, *Social Media and Adolescent Health* (Sandro Galea et al. eds., 2024), at 73, https://www.nationalacademies.org/our-work/assessment-of-the-impact-of-social-media-on-the-health-and-wellbeing-of-adolescents-and-children [hereinafter National Academies].

[26] *Id.*

on the friendships they make online."[27]   Since driving and car ownership are relatively more expensive today than for previous generations and public transit options are poor in most of the United States, infrequent in-person socialization may be a fact of life for many adolescents from lower-income groups.[28]   Studies have also found that online-only friendships can be a source of social support for youth who may be marginalized in their offline social environments.  The same can be true for young people suffering isolating illnesses such as cancer and diabetes, who can use social media to "come together and support each other."[29]

30.    For individuals with mental health issues, surveys have found that social media services can be a valuable source of information and support.  A 2018 national survey found that "many young people say social media helps them find connection, support, and inspiration during times of depression, stress, or anxiety"—and among those with symptoms of depression, 30% said that social media is "very" important to them for feeling less alone.[30]

31.    Studies have also observed that using social media to learn about public affairs and one's community can promote civic engagement.  For example, a Pew Research survey found that roughly two-thirds of teens say that social media exposes them to different points of view and that majorities of teens believe social media can help them "broaden their viewpoints and get involved with issues they care about."[31]

---

[27] *Id.* at 78.

[28] *Id.*

[29] National Academies, *supra*, at 78.

[30] Amy Shields, Well Being Trust, *Digital Health Practices, Social Media Use, and Mental Well-Being Among Teens and Young Adults in the U.S.* (July 31, 2018), https://wellbeingtrust.org/news/digital-health-practices-social-media-use-and-mental-well-being-among-teens-and-young-adults-in-the-u-s/.

[31] Pew Research, *supra*, at 9.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

### Meta's Efforts to Promote Safety and Positivity on Facebook, Instagram, and Threads

32.     Meta has invested substantial resources to promote a safe experience for teens and empower parents to partner with their teens to ensure they have positive and fulfilling experiences on Facebook, Instagram, and Threads.  As of April 2025, Meta has built more than 50 tools, features and resources to help teens have safe, positive experiences, and give parents simple ways to set boundaries for their teens.[32]  Meta has had around 40,000 people overall working on safety and security.[33]  And, Meta has invested over $20 billion into safety and security since 2016.  This work is core to Meta's mission of designing and building services that bring people together.  Meta wants its services to be a place for meaningful interactions with friends and family, and cannot achieve that goal if people do not feel safe.

33.     *Minimum Age Policy.*  Pursuant to Meta's Terms of Service and the Instagram and Threads Terms of Use, if a child in the United States is under the age of 13, they are not allowed to create an account on Facebook or Instagram—or a profile on Threads, for which an Instagram or Facebook account is a prerequisite—and should not be using the services.  When Meta learns an underage user has created a Facebook or Instagram account, Meta removes the account from the service.  In addition to asking for people's date of birth when they create an account and allowing anyone to report a suspected underage account, Meta trains its content reviewers to flag for further investigation reported accounts that appear to be used by people who are underage, and

---

[32] *Our Tools, Features and Resources to Help Support Teens and Parents*, Meta, https://www.meta.com/help/policies/809291991003600/ [hereinafter Tools, Features, and Resources].

[33] *Safety and Integrity Highlights from 2024*, Meta (Dec. 9, 2024), https://www.facebook.com/business/news/safety-integrity-highlights-2024.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

removes those accounts unless the user is able to prove that they meet the minimum age requirements.[34]

34.    ***Instagram Teen Accounts.***  As of September 2024, Meta began placing teens on Instagram in the United States into Teen Accounts, a new experience for teens with built-in protections that limit who can contact teens, the content they see, and the time they spend on the service.[35]  With **default private accounts**, teens need to accept new followers, and people who do not follow them cannot see their content or tag, mention, or interact with them.  Instagram Teen Account protections also include Meta's strictest **messaging restrictions**, which permit teens to only be messaged by people they follow or are already connected to; Meta's most restrictive **sensitive content restrictions**, which limit the type of sensitive content (such as content that shows people fighting) teens see in places like Reels; Meta's most restrictive version of its **anti-bullying feature** Hidden Words, which filters offensive words and phrases out of teens' comments and direct message requests; default **nudity protection in direct messages**, which blurs images detected as possibly containing nudity, encourages people not to feel pressured to respond when receiving an image containing nudity, and encourages people to think twice before sending nude images; **time limit reminders**, which notify teens to leave the app after 60 minutes each day; and **sleep mode**, which mutes notifications overnight and sends auto-replies to direct messages (from

---

[34] Pavni Diwanji, *How Do We Know Someone Is Old Enough to Use Our Apps?*, Meta (July 27, 2021), https://about.fb.com/news/2021/07/age-verification/.

[35] *Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents*, Instagram (Sep. 17, 2024), https://about.instagram.com/blog/announcements/instagram-teen-accounts/.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

10 p.m. to 7 a.m.).[36]  Teens under 16 need a parent's permission to change any of these settings to be less strict.  Teens under 16 are also prohibited from going Live without parental permission.[37]

***Facebook Teen Accounts.***  As of April 2025, Meta began expanding Teen Accounts to Facebook.[38] With **audience restrictions**, only Friends can see a teen's posts, stories, reels, friends list and pages they follow.  Additionally, teens on Facebook will need to review posts that they are tagged in before the post appears on their profile.  Like on Instagram, teens on Facebook will also have sensitive content restrictions, time limit reminders, nudity blurring, and sleep mode turned on by default.  Teens under 16 need a parent's approval to change these default settings to be less protective.

35.    ***Efforts to Expand Teen Accounts***.  Meta is taking steps to ensure that as many teens as possible benefit from Teen Account protections on Instagram and Facebook.  Meta has begun testing AI technology that is designed to proactively find accounts that Meta suspects belong to teens, even if the account lists an adult birthday, and place them in Teen Account settings.  Meta also sends notifications to parents on Instagram with information about how they can have conversations with their teens on the importance of providing the correct age online.[39]

---

[36] *New Tools to Help Protect Against Sextortion and Intimate Image Abuse*, Instagram (April 11, 2024), https://about.instagram.com/blog/announcements/new-tools-to-help-protect-against-sextortion-and-intimate-image-abuse/.

[37] *We're Introducing New Built-In Restrictions for Instagram Teen Accounts, and Expanding to Facebook and Messenger*, Meta (April 8, 2025), https://about.fb.com/news/2025/04/introducing-new-built-in-restrictions-instagram-teen-accounts-expanding-facebook-messenger/.

[38] *Facebook and Messenger Teen Accounts: How Built-in Protections Help Keep Your Teen Safe*, Meta (Apr. 8, 2025), https://familycenter.meta.com/education/resources/teen-accounts-facebook-messenger/.

[39] *Working With Parents and New Technology to Enroll More Teens Into Teen Accounts*, Meta (April 21, 2025), https://about.fb.com/news/2025/04/meta-parents-new-technology-enroll-teens-teen-accounts/.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

36.    ***Parental Supervision.***   On Facebook, Instagram, and Threads, Meta empowers parents to work collaboratively with their teens to help them create, explore and connect in safe, age-appropriate ways.[40]   Parents and guardians can use supervision tools on Facebook, Instagram, and Threads to set daily time limits for their teens or limit use during select days and hours; set reminders to close the app; see the average amount of time their teen has spent on Facebook, Instagram, and Threads over the last week and the total time spent on Facebook, Instagram, and Threads for each specific day over the last week; see who their teen follows and who follows their teen; see which accounts their teen is currently blocking; see when their teen reports someone and for what reason; see who their teens have chats with on Instagram over the last seven days; approve or deny their teens' requests to change default safety and privacy settings to a less strict state; and see their teen's settings for account privacy, messaging, and sensitive content.[41]

37.    ***Control Over Experiences in Feed.***   Facebook, Instagram, and Threads offer a host of tools for users to control how they engage with content.  On Instagram and Threads, users of all ages can use the Sensitive Content Control to see more or less content that could be upsetting or offensive to them.[42]   On Facebook, users can tap the "Interested, Not Interested" feature on all

---

[40] *Family Center*, Meta, https://familycenter.meta.com/.

[41] *Giving Teens and Parents More Ways to Manage Their Time on Our Apps*, Meta (June 27, 2023), https://about.fb.com/news/2023/06/parental-supervision-and-teen-time-management-on-metas-apps/; *Introducing Stricter Message Settings for Teens on Instagram and Facebook*, Meta (Jan. 25, 2024), https://about.fb.com/news/2024/01/introducing-stricter-message-settings-for-teens-on-instagram-and-facebook/; *Parental Supervision,* Instagram, https://help.instagram.com/309877544512275; *Safety Resources for Parents*, Facebook, https://www.facebook.com/help/1079477105456277; *See Who Your Teen Has Chats With on Instagram*, Instagram, https://help.instagram.com/501423385831907; *Supervision on Threads*, Instagram, https://help.instagram.com/5014233858319071190285478353241/.

[42] *About Sensitive Content Control on Instagram*, Instagram, https://tinyurl.com/5n6s58j5; *About Sensitive Content Control on Threads*, Instagram, https://help.instagram.com/2031788317323900/?helpref=related_articles.

posts in Feed, Videos, and Reels to see more of the content they want to see, and less of the content they do not want to see; similarly, on Instagram and Threads, users can indicate "Not Interested" on a recommended post.[43]  Meta's "Hidden Words" feature allows users on Instagram and Threads to specify words, phrases, and even emojis that they want to automatically hide from their feeds, comments, search results, direct messages, and others' profiles; and on Facebook, users can hide comments containing certain words, phrases, or emojis from their  profile or Page.[44]  Users can also view the content in Feed sorted in reverse chronological order (alongside ads); unfollow accounts; automatically hide content in Feed from selected accounts without unfollowing those accounts; hide comments they do not want to see; hide like counts on all posts in their Feed and all posts they create; and mute push notifications entirely.[45]  Similarly, Facebook, Instagram, and Threads users can automatically hide posts, replies, or threads from selected profiles without unfollowing them.[46]  They can also control who can mention or tag them, and who can publicly

---

[43] *New Ways to Customize Your Facebook Feed*, Facebook, (Oct. 5, 2022), https://about.fb.com/news/2022/10/new-ways-to-customize-your-facebook-feed/; *How to See More of What You Want on Instagram*, Instagram (Aug. 30, 2022), https://about.instagram.com/blog/tips-and-tricks/control-your-instagram-feed#:~:text=Use%20the%20E2%80%98Not%20Interested%E2%80%99%20control%20Whe.

[44] *Hide Comments or Message Requests You Don't Want to See on Instagram*, Instagram, https://help.instagram.com/700284123459336; *Block words from comments on your Facebook profile*, Facebook, https://www.facebook.com/help/1182883832161405?helpref=faq_content; *Share Ideas and Connect Through Conversation with Threads*, Instagram, https://about.instagram.com/threads.

[45] *Introducing Mute: A New Feature to Control Posts on Your Feed*, Instagram (May 22, 2018), https://about.instagram.com/blog/announcements/introducing-mute; Tools, Features, and Resources, *supra*; Facebook Feed, *supra*.

[46] *Mute or Unmute Someone on Instagram*, Instagram, https://help.instagram.com/469042960409432; *Take A Break from Someone's Profile in Facebook*, Facebook, https://www.facebook.com/help/1638212473101795/?query=mute%20a%20friend; *Mute or Unmute Someone on Threads*, Instagram,

reply to their posts or threads.[47]

38.     ***Safety Features for Young Users.***   Meta helps prevent young people from interacting with adults they don't know.   Meta continues to invest in technology to estimate people's ages to assess, for example, whether someone is younger or older than 18.   Meta restricts adults over 18 from starting private chats with teens they're not connected to on Facebook, Instagram, and Threads.[48]   Meta has also developed technology to identify and automatically disable accounts if they exhibit a certain number of the numerous signals Meta monitors for potentially suspicious behavior, such as if a teen account blocks or reports an adult, or if someone repeatedly searches for terms that may suggest suspicious behavior.   Meta further limits potentially suspicious adults from finding, following, or interacting with teen accounts and prevents these adults from finding, following, or interacting with one another.[49]   Similarly, Meta does not show suspicious adults to teen accounts (or vice versa) on the Facebook app in People You May Know

---

https://help.instagram.com/631653008829384/?helpref=uf_permalink&parent_cms_id=3136095 05054371.

[47] *Restrict or Unrestrict Someone on Instagram*, Instagram, https://help.instagram.com/2638385956221960/?helpref=related_articles; *Restrict or Unrestrict Someone on Threads*, Instagram, https://help.instagram.com/931579497963593/?helpref=related_articles; *Blocking and Moderation*, Facebook, https://www.facebook.com/help/248844142141117/banning-and-moderation/.

[48] *Continuing to Make Instagram Safer for the Youngest Members of Our Community*, Meta (May 9, 2024), https://about.instagram.com/blog/announcements/continuing-to-make-instagram-safer-for-the-youngest-members-of-our-community; *Introducing Messaging and Highlighted Perspectives on Threads*, Meta (July 1, 2025), https://about.fb.com/news/2025/07/introducing-messaging-highlighted-perspectives-threads/; *Facebook and Messenger Teen Accounts: How Built-in Protections Help Keep Your Teen Safe*, Meta (Apr. 8, 2025), https://familycenter.meta.com/resources/teen-accounts-facebook-messenger/.

[49] *Our Work to Fight Online Predators*, Meta (Dec. 1, 2023), https://about.fb.com/news/2023/12/combating-online-predators/.

recommendations, nor does it recommend such adults to teen accounts (or vice versa) on the Instagram app.

39.     Meta recently announced additional measures to protect people from sextortion on Instagram.  Meta will hide follower and following lists from potential sextortion scammers, prevent screenshots or screen recordings of ephemeral images or videos sent in private messages, and will blur images that Meta detects as containing nudity when sent or received in direct messages.[50]  Meta will also show teens options to view safety tips and block a potential scammer, as well as the month and year the potential scammer joined Instagram, in a prominently display at the top of new chats.  Teens will be able to both block and report the potential scammer in a single click.[51]

40.     In an effort to provide age-appropriate experiences for young people on Facebook and Instagram, Meta "age-gates" certain content.  For example, content describing personal experiences with self-injury or eating disorders in a non-recovery context is hidden from teen accounts even if that content is shared by a connected account.[52]  Additionally, branded content involving certain adult goods—such as alcohol, cosmetic procedures, and weight loss services— is hidden from teen accounts.[53]

---

[50] *Our New Education Campaign to Help Protect Teens from Sextortion Scams*, Meta (Oct. 17, 2024), https://about.fb.com/news/2024/10/instagram-campaign-protect-teens-sextortion-scams/ [hereinafter Sextortion Campaign].

[51] *Expanding Teen Account Protections and Child Safety Features*, Meta (July 23, 2025), https://about.fb.com/news/2025/07/expanding-teen-account-protections-child-safety-features/.

[52] *Helping Teens See Age-Appropriate Content*, Meta (June 11, 2025), https://transparency.meta.com/policies/age-appropriate-content/.

[53] *Branded Content Policies*, Meta, https://www.facebook.com/business/help/221149188908254; *Branded Content Policies*, Instagram, https://help.instagram.com/1695974997209192.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

41. ***Content Moderation.*** Meta's publicly available Community Standards[54] (which users agree not to violate), Meta's Terms of Service[55] (to which people must agree to create an account on the Facebook service), Instagram Terms of Use[56] (to which users must agree to create an account on the Instagram service), and Threads Terms of Use[57] (to which users must agree to use the Threads service) describe what content is acceptable on Facebook, Instagram, and Threads.

42. Meta's Community Standards provide details about what content is not allowed on Facebook, Instagram, and Threads. The Community Standards promote the values of authenticity, dignity, privacy, and safety. They are organized into numerous categories of content such as "coordinating harm and promoting crime," "violence and incitement," "bullying and harassment," "child sexual exploitation, abuse, and nudity," "suicide, self-injury, and eating disorders," and "hateful conduct." Users can see Meta's policy rationale for prohibiting each category of content, examples, and enforcement reports in the Transparency Center. For example, the Community Standards explain that "bullying and harassment" is not tolerated on Facebook, Instagram, or Threads. Notwithstanding, Meta recognizes that people sometimes share content that illustrates bullying or harassment to condemn it or raise awareness. Meta's policies are designed to allow

---

[54] *Community Standards*, Meta, https://transparency.fb.com/policies/community-standards/ [hereinafter Community Standards].

[55] *Terms of Service Overview*, Meta (Jan, 1, 2025), https://www.facebook.com/terms.php [hereinafter Meta Terms].

[56] *Terms of Use*, Instagram, https://help.instagram.com/581066165581870 [hereinafter Instagram Terms].

[57] *Threads Terms of Use*, Instagram, https://help.instagram.com/769983657850450.

room for these types of speech.  The Community Standards also include information about when content may be accompanied by a sensitivity warning.[58]

43.    The Meta Terms of Service prohibit users from doing or sharing anything that is "unlawful, misleading, discriminatory or fraudulent" or that "infringes or violates someone else's rights."[59]  Similarly, the Instagram Terms of Use prohibit users from doing or sharing anything that is "unlawful, misleading, or fraudulent or for an illegal or unauthorized purpose" or that would "violate[] someone else's rights," and from "post[ing] someone else's private or confidential information without permission."[60]  And the Threads Terms of Use incorporate the same prohibition from the Instagram Terms by reference.[61]

44.    Not all content allowed on Facebook, Instagram, or Threads will be eligible for recommendation under Meta's Facebook and Instagram Recommendation Guidelines, which Meta developed in coordination with 50 leading experts specializing in recommender systems, expression, safety, and digital rights.  For example, content that may depict violence, sexually suggestive content, content that discusses or trivializes self-harm or depression, sensitive or low-quality content about health or finance, content that users broadly dislike, content associated with low-quality publishing, and false or misleading content may not be eligible for recommendation.[62]

---

[58] Community Standards, *supra* (categories as of June 29, 2023); *Bullying and Harassment*, Meta, https://transparency.meta.com/policies/community-standards/bullying-harassment/.

[59] Meta Terms, *supra*.

[60] Instagram Terms, *supra*.

[61] *Threads Policies and Terms*, Instagram, https://help.instagram.com/280495901606863/?helpref=hc_fnav ("These Threads Terms of Use . . . supplement and amend the Instagram Terms of Use and the Meta Community Standards, which are incorporated into these Terms by reference.").

[62] Facebook Recommendations, *supra*; *Recommendations on Instagram*, Instagram, https://help.instagram.com/313829416281232.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

45.    Meta relies on both automated and human review to detect violations of its policies and terms among the billions of pieces of content that users of its services generate every day.[63] Even with thousands of dedicated human reviewers around the world, it is not possible to manually review every piece of user-generated content that potentially violates Meta's policies.  This is where Meta's artificial intelligence technologies come in.[64]

46.    For many categories of content that violate Meta's policies, such as violent and graphic content and suicide and self-injury content, Meta's artificial intelligence systems find more than 90% of the content it removes before anyone reports it.[65]  Meta has also built artificial intelligence technology to identify suicide-related content and rapidly respond with resources to seek help or support.  For other categories of content—such as content that may reflect bullying or harassment—using technology to proactively detect those behaviors can be more challenging than other types of violations.  Determining harm often requires context; for example, it can sometimes be difficult for artificial intelligence systems to distinguish between a bullying comment and a light-hearted joke without knowing the people involved or the nuance of the situation.[66]  But in Q1 2025, Meta still successfully found more than 73% and 88% of the bullying and harassment content it removed on Facebook and Instagram, respectively, before anyone

---

[63] *Detecting Violations*, Meta, https://transparency.fb.com/enforcement/detecting-violations/.

[64] *How Technology Detects Violations*, Meta (Oct. 18, 2023), https://transparency.meta.com/enforcement/detecting-violations/technology-detects-violations/ [hereinafter Detecting Violations].

[65] *Community Standards Enforcement Report*, Meta (May 2025), https://transparency.fb.com/data/community-standards-enforcement/.

[66] Antigone Davis, *Our Approach to Addressing Bullying and Harassment*, Meta (Nov. 9, 2021), https://about.fb.com/news/2021/11/how-meta-addresses-bullying-harassment/.

reported it.[67]  Meta also relies on people to report violating behavior so Meta can identify and remove it.  Meta also works with first responders to conduct wellness checks based on reports it receives via proactive detection efforts.

47.    Every day, thousands of people across the company work together to remove millions of pieces of user-generated content containing adult nudity, sexual activity, bullying and harassment, child nudity and sexual exploitation of children, and hate speech.[68]

48.    In Meta's Transparency Center,[69] Meta publicly shares information to help keep people safe and let people hold Meta accountable—including information about Meta's policies (which define what is and isn't allowed on Meta technologies); Meta's transparency reports (which give the community visibility into how Meta enforces its policies); and Meta's enforcement reports (which detail Meta's progress on taking action on content that violates its policies).

49.    Meta has a robust system in place to restrict or remove content that may be age-inappropriate or violates its policies.  Again, for example, Meta restricts the availability of content discussing self-harm or eating disorders from teens, even if it is posted by friends or people they follow.[70]  Meta also removes content on Facebook, Instagram, and Threads that goes against the Meta Community Standards.  For example, in Q1 2025, Meta took action on 6.8 million pieces of content on Facebook and 9.9 million pieces of content on Instagram that violated its suicide, self-

---

[67] *Id.*

[68] Detecting Violations, *supra.*

[69] *Transparency Center*, Meta, https://transparency.meta.com.

[70] *New Protections to Give Teens More Age-Appropriate Experiences on Our Apps*, Meta (Jan. 9, 2024), https://about.fb.com/news/2024/01/teen-protections-age-appropriate-experiences-on-our-apps/.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

injury, and eating disorder policies. Meta removed 98.90% of that content before any user reported it.[71]

50. When it removes a user's content for violating its policies, Meta will notify the posting user. For more severe violations, Meta may immediately restrict features on the user's account or disable the account entirely. For less severe violations, the user may incur a strike against their account. A first strike results in a warning. If Meta removes additional posts that violate the Meta Community Standards, the user will incur additional strikes to their account and may lose access to some features for increasing periods of time. If a user continues to post content that goes against Meta's policies, despite repeated warnings and restrictions, Meta may disable or remove the user's account.[72]

51. ***Advertising Restrictions.*** Meta's Advertising Standards, which third-party advertisers running advertisements on Facebook, Instagram, and Threads agree not to violate, prohibit advertisers from engaging in discriminatory practices, selling illegal or unsafe substances, third-party intellectual property infringement, and employing deceptive or misleading practices. Meta's Advertising Standards contain further guidelines about what types of content advertisements on Meta's services must not contain, including shocking, sensational, or excessively violent content, content facilitating or coordinating human exploitation, adult nudity or sexual activity, bullying and harassment, and profanity. Meta further prohibits advertisements encouraging suicide, self-injury, or eating disorders, as well as content implying

---

[71] *Suicide, Self-Injury, and Eating Disorders*, Meta, https://transparency.fb.com/policies/community-standards/suicide-self-injury/.

[72] *Counting Strikes*, Meta (Apr. 23, 2025), https://transparency.fb.com/enforcement/taking-action/counting-strikes/; *Restricting Accounts*, Meta (Nov. 12, 2024), https://transparency.fb.com/enforcement/taking-action/restricting-accounts/; *Disabling Accounts*, Meta (Jan. 22, 2025), https://transparency.fb.com/enforcement/taking-action/disabling-accounts/.

or attempting to generate negative self-perception in order to promote diet, weight loss or other health related products.[73]

52.    Meta reviews third-party advertisements and business assets for compliance with Meta's policies.  Meta's advertisement review process begins before advertisements begin running and is typically completed within 24 hours.  Advertisements remain subject to re-review once they are live.  Beyond reviewing individual advertisements, Meta also monitors and investigates advertiser behavior and may restrict advertiser accounts or other business assets that do not follow Meta's policies.  If an advertiser's account or business asset is restricted, that account or asset cannot be used to advertise across Meta's services.[74]

53.    Meta restricts the options advertisers have to reach teens, as well as the information Meta uses to show advertisements to teens. Age and location are the only two pieces of information about a teen that Meta uses to show them advertisements.  Meta does this because age  and location help to ensure teens see ads that are meant for their age and products and services available where they live, for example, ads for SAT prep courses or local YMCA sports team registration in their community.  Advertisers are unable to target teens for advertising based on any other information, and Meta does not use teens' engagement on Meta services to inform the types of advertisements they see.[75]

---

[73] *Introduction to the Advertising Standards*, Meta, https://transparency.meta.com/policies/adstandards/ [hereinafter Meta Advertising Standards]

[74] Meta Advertising Standards, *supra.*

[75] Continuing to Create Age-Appropriate Ad Experiences for Teens, Meta (Jan. 10, 2023), https://about.fb.com/news/2023/01/age-appropriate-ads-for-teens/ [hereinafter Age Appropriate Ad Experiences].

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

54.     Under Meta's Advertising Standards, advertisements about restricted topics like alcohol, financial products, cosmetic procedures, and weight loss products and services cannot be shown to minors' accounts in the first place.[76]  In addition, Meta offers teen-specific tools for teens to control the types of advertisements they see, such as an option to choose "See Less" for specific topics in Ad Topic Controls.[77]

55.     ***Safety-Related Information, Resources, and Partnerships.***  Meta provides a Safety Center that offers expert-backed safety resources, tools, and information for users of Facebook, Instagram, and Threads.[78]  These include resources and information related to suicide prevention,[79] maintaining mental health and well-being,[80] preventing bullying and harassment,[81] as well as resources and information of particular interest to parents,[82] educators,[83] journalists, activists, and public figures.[84]  The Safety Center's Parent Portal, Youth Portal, and Child Safety Hub are focused on fostering conversations around online safety, security, and well-being.  The

---

[76] Meta Advertising Standards, *supra*.

[77] Age Appropriate Ad Experiences, *supra*.

[78] *Safety Center*, Meta, https://about.meta.com/actions/safety.

[79] *Suicide Prevention*, Meta, https://about.meta.com/actions/safety/topics/wellbeing/suicideprevention/.

[80] *Mental Health & Well-Being*, Meta, https://about.meta.com/actions/safety/topics/wellbeing/.

[81] *Prevent Bullying and Harassment*, Meta, https://about.meta.com/actions/safety/topics/bullying-harassment/.

[82] *Parents*, Meta, https://about.meta.com/actions/safety/audiences/childsafety/.

[83] *Educators*, Meta, https://about.meta.com/actions/safety/audiences/educators/.

[84] *Journalists, Activists, and Public Figures*, Meta, https://about.meta.com/actions/safety/audiences/journalists-activists-public-figures/.

Safety Center has a dedicated crisis support resources page to help users quickly obtain expert support to address suicide prevention, eating disorders, domestic violence, and child protection.[85]

56.    Meta regularly publishes updates about its efforts to remove harmful content and protect user communities. For example, Meta has published articles on how it uses artificial intelligence on Facebook to help suicide prevention efforts,[86] on Meta's efforts to protect people on Instagram from abuse by enabling automatic filtering of harmful comments and message requests,[87] on Meta's partnership with the National Center for Missing and Exploited Children (NCMEC) in the development of Take It Down,[88] on Meta's partnership with the Technology Coalition in the development of Lantern,[89] and on the dozens of tools Meta has developed to support teens and families on its apps.[90]

57.    Meta collaborates with a number of partners and experts to inform its approach to safety, including Thorn, the Boys and Girls Club of America, Childhelp, ConnectSafely, and the

---

[85] *Crisis Support Resources*, Meta, https://about.meta.com/actions/safety/crisis-support-resources/.

[86] *How Facebook AI Helps Suicide Prevention*, Meta (Sept. 10, 2018), https://about.fb.com/news/2018/09/inside-feed-suicide-prevention-and-ai/.

[87] *Updates to How We Protect People on Instagram from Abuse*, Meta (Oct. 20, 2022), https://about.fb.com/news/2022/10/protecting-people-on-instagram-from-abuse/.

[88] Antigone Davis, *New Updates to Help Prevent the Spread of Young People's Intimate Images Online*, Meta (Feb. 27, 2023), https://about.fb.com/news/2023/02/helping-prevent-the-spread-of-young-peoples-intimate-images-online/.

[89] *Introducing Lantern: Protecting Children Online*, Meta (Nov. 7, 2023), https://about.fb.com/news/2023/11/lantern-program-protecting-children-online/ [hereinafter Lantern].

[90] Antigone Davis, *How Meta Is Working to Provide Safe, Age-Appropriate Experiences for Teens*, Meta (Jan. 9, 2023), https://about.fb.com/news/2023/01/providing-safe-experiences-for-teens/; *Giving Teens and their Parents More Ways to Manage Their Time on Our Apps*, Meta (June 27, 2023), https://about.fb.com/news/2023/06/parental-supervision-and-teen-time-management-on-metas-apps/; *Set Reminders to Take a Break on Threads*, Instagram, https://help.instagram.com/647518863867618/..

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

NCMEC.[91]  For example, Meta worked with ConnectSafely to publish a Parent's Guide[92] about Instagram safety tools and privacy settings and a list of tips and conversation starters to help parents and guardians navigate discussions with their teens about their online presence.  Meta also worked with the Digital Wellness Lab team on a Family Digital Wellness Guide to help families learn about media-related health issues.  Meta partnered with the NCMEC in the development of Take It Down, a new service designed to proactively prevent young people's inappropriate intimate images from spreading online.  Meta also partnered with the Technology Coalition in the development of Lantern, a new program that enables technology companies to share information about accounts and behaviors that violate their child safety policies.[93]  Moreover, Instagram recently announced a new educational campaign informed by NCMEC and Thorn to help teens spot sextortion scams and help parents support their teens in avoiding these scams.[94]

### The Impact of House Bill 24-1136 on Facebook, Instagram, and Threads

58.    I understand that on or around June 6, 2024, the State of Colorado enacted House Bill 24-1136 (the "Act").  I understand that Section 4 of the Act is scheduled to take effect on January 1, 2026.  H.B. 24-1136, § 4 (adding new Colo. Rev. Stat. § 6-1-1601(1)).

59.    I understand that Section 4 of the Act imposes new requirements on "social media platform[s]."  § 6-1-1601(1).  I understand that Facebook, Instagram, and Threads all meet the qualifying criteria—including having more than 100,000 active users in Colorado—to constitute "social media platform[s]," as defined at § 6-1-1601(4); that none of these services appear to fall

---

[91] *Safety Partners*, Meta, https://about.meta.com/actions/safety/safety-partners.

[92] *Helping Your Teen Navigate Instagram Safely*, Instagram, https://about.instagram.com/community/parents.

[93] Lantern, *supra*.

[94] Sextortion Campaign, *supra*.

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

within the exclusions enumerated at § 6-1-1601(4)(b); and that all three services are therefore subject to Section 4's requirements.

60.    I understand that Section 4 of the Act requires select in-scope internet services to provide a message to users under the age of eighteen.  As a general matter, narrowing the responsibility of youth safety to only certain online services based on arbitrary distinctions can lead to a new marketplace for services that are not "social media platform[s]," such as services that cap their number of active Colorado users at 99,999.  § 6-1-1601(4).

61.    I understand that the Act requires covered websites to "provide users who are under the age of eighteen" a message that adheres to the content standards described at § 6-1-1601(2) (hereafter, "Colorado's Message").

62.    Meta does not wish to speak Colorado's Message in the manner required by the Act on Facebook, Instagram, or Threads.

63.    I understand that the Act would first require Meta to formulate particular message content to display on Facebook, Instagram, and Threads while restricting what information from the marketplace of ideas Meta can rely on as part of that process.  For example, I understand that § 6-1-1601(2) of the Act would preclude Meta from relying on many of the surveys and reports set forth above at paragraphs ¶¶ 28–31 as support for the message that the Act is requiring Meta to formulate and display.

64.    Meta is also concerned that the message that the Act is requiring Meta to formulate and display will be distorted by the litigation risk that the Act is forcing Meta to assume.  For example, there is an inherent risk that some users—among the *billions* of users across Facebook, Instagram, and Threads—who Meta is forced to display this message to may later attempt to sue Meta if they personally disbelieve the message or contend that they were

Docusign Envelope ID: F673C55A-BA09-4E9A-84FD-98BF33563B10

harmed by it in some way. In this manner, the Act is pressuring Meta to select a message that the smallest number of users may find offensive regardless of whether Meta itself believes in the message that the Act is forcing it to present.

65.    The Act will also interfere with and disrupt how Meta presents content on Facebook, Instagram, and Threads. For example, when Meta presents content to Colorado minors on an Instagram Feed—such as posts by their friends, peers, parents, teachers, politicians, celebrities, local businesses, or government agencies—I understand that the Act will force Meta to display Colorado's Message at designated intervals. I understand that the Act may even force Meta to display Colorado's Message over such content, such that Colorado's Message would block the visibility of that content. I also understand that the Act will force Meta to repeatedly redisplay Colorado's Message every thirty minutes (or some similar interval) thereafter. As a result, the Act's timing, size, and formatting requirements will further detract from and interfere with Meta's presentation of third-party speech content on its Facebook, Instagram, and Threads services.

66.    I understand that Section 4 of the Act will force Meta to expend resources to design and implement the "function" required by Section 4 of the Act across the Facebook, Instagram, and Threads services.

*      *      *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 7, 2025                      By:  _Elizabeth Murphy_
                                                      Signed by: 1CCD9348534E4CD...

Elizabeth Murphy