IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: October 16, 2025
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Sarah Mitchell
Law Clerk: Felix Hollaway

| Civil Action No. **1:25-cv-02538-WJM-KAS** | Counsel: |
|---|---|
| NETCHOICE | Steven P. Lehotsky |
|  | Jeremy Evan Maltz |
| Plaintiff, |  |
| v. |  |
| PHILIP J. WEISER, in his official capacity as Attorney General of Colorado, | Peter G. Baumann |
|  | Lane Towery |
|  | Lauren Marie Dickey |
| Defendant. |  |

## COURTROOM MINUTES

### ORAL ARGUMENT

**9:33 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Plaintiff's argument in support of the [15] Motion for Preliminary Injunction by Mr. Lehotsky.

Defendant's argument against the [15] Motion for Preliminary Injunction by Mr. Baumann.

Questions by the Court.

**11:06 a.m.    Court in recess.**
**11:22 a.m.    Court in session.**

Defendant's rebuttal by Mr. Baumann.

Plaintiff's rebuttal by Mr. Lehotsky.

**ORDERED:**   Plaintiff's [15] Motion for Preliminary Injunction is TAKEN UNDER ADVISEMENT.

**11:44 a.m.**   **Court in recess. Hearing concluded.**

Total time in court: 1 hour 55 minutes